**Spence TAYLOR, Petitioner,**

v.

**Hon. Joy Flowers CONTI, et al., Respondents.**

**Civil Action No. 14–288**

United States District Court, District of Columbia.

Signed January 31, 2014

Filed Feb. 21, 2014

**220**

Spencer Taylor, Washington, DC, pro se.

### MEMORANDUM OPINION

Reggie B. Walton, United States District Judge

This matter is before the Court on the petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of mandamus. The Court will grant the application and dismiss the petition.

According to the petitioner, "[t]he CIA and its agents and Director [are] using a technology called voice to skull . . . to harass [the petitioner] and use him to gather intelligence without his consent." Pet. ¶ 3. According to the petitioner, this technology "allowed a microwave phone call directly to [the petitioner's] brain" in such a way that the CIA can "collect intelligence from [the petitioner's] surroundings wherever he went." *Id.*; *see id.* ¶ 4. When the petitioner complained to defendants Conti and Fisher, these respondents allegedly "ordered a psych evaluation" rather than assist him. *Id.* ¶ 5. In this action, the petitioner demands a writ of mandamus "enjoining these officers and agents . . . to cease and desist the conspiratorial actions and harassing communications." *Id.* ¶ 6.

Mandamus relief is proper only if "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff." *Council of and for the Blind of Delaware County Valley v. Regan,* 709 F.2d 1521, 1533 (D.C.Cir.1983) (en banc). The party seeking mandamus has the "burden of showing that [his] right to issuance of the writ is 'clear and indisputable.'" *Gulfstream Aerospace Corp. v. Mayacamas Corp.,* 485 U.S. 271, 289, 108 S.Ct. 1133, 99 L.Ed.2d 296 (1988) (citing *Bankers Life & Cas. Co. v. Holland,* 346 U.S. 379, 384, 74 S.Ct. 145, 98 L.Ed. 106 (1953)). This petitioner addresses none of these elements, and thus fails to meet his burden.

The petition for a writ of mandamus will be denied. An Order accompanies this Memorandum Opinion.